IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHELBY FORTNEY, A Minor, Through Her Next Best Friend and Guardian, JANICE WESTON, | ) ) ) ) | 4:01CV3129 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| GODFATHER'S PIZZA and SENUK PIZZA, INC., | ) ) ) | |
| Defendants, | ) ) | |
| DAN CRIPE, | ) ) | |
| Garnishee. | ) | |

Upon the suggestion of bankruptcy (filing 95) filed by garnishee Dan Cripe,

IT IS ORDERED:

1.  This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.  This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3.  The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

October 3, 2005.                                BY THE COURT:

*s/Richard G. Kopf*
United States District Judge